UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 17 2014 ★

BROOKLYN OFFICE

MICHAEL MORELLI, an infant by his mother and natural guardian, Theresa Morelli,

                Plaintiff,

- v -

GARDEN STATE BOBCAT, INC., et al.,

                Defendants.
----------------------------------------------------------------x

[~~Proposed~~] **ORDER**

CV-00-1527 (JG)(VVP)

The Michael Morelli Supplemental Needs Trust is hereby authorized to disburse the sum of One Thousand Dollars ($1,000) to the firm of Kirshon & Co. P.C., with offices at 311 Mill Street, Poughkeepsie, New York 12601, for services rendered in the preparation and filing of the annual report of the proceedings of the Trust for the period from January 1, 2013 to December 31, 2013.

                              SO ORDERED:
                              s/John Gleeson
                              John Gleeson

Dated: 7/16/14